AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Qadar Jihad Mustafaa Henderson<br>(Wherever found)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:25-cr-64-CWR-ASH |

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 16 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Qadar Jihad Mustafaa Henderson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation(s) of Pretrial Release Condition(s)

Date:  10/14/2025

*L. Townsend*
*Issuing officer's signature*

ARTHUR JOHNSTON, CLERK

City and state:   Jackson, MS

L. Townsend, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/14/2025, and the person was arrested on *(date)* 10/14/2025
at *(city and state)* Jackson, MS.

Date: 10/14/2025

*Arresting officer's signature*

DUSM- H. James
*Printed name and title*